John T. WILSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 4008.

Circuit Court of Appeals, Fourth Circuit.

Jan. 20, 1936.

Stanley Suydam, of Washington, D. C., for petitioner.

Herman Oliphant, Gen. Counsel, Department of the Treasury, of Washington, D. C., Frank J. Wideman, Asst. Atty. Gen., and Philip A. Bayer, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

On motion of respondent, consented to by petitioner, cause is docketed and dismissed.

John WOLKER, Plaintiff-Appellant, v. ELECTRIC FERRIES, Inc., Defendant-Appellee.

No. 295.

Circuit Court of Appeals, Second Circuit.

April 20, 1936.

Silas B. Axtell, of New York City (Charles A. Ellis, of New York City, of counsel), for appellant.

Crawford & Sprague, of New York City (H. Victor Crawford and George C. Sprague, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of In re Pennsylvania R. Co. (C.C.A.) 48 F. (2d) 559, and Johnson v. United States Shipping Board Emergency Fleet Corporation (C.C.A.) 24 F.(2d) 963.